**Order entered April 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### IN THE INTEREST OF I.L.S., A CHILD

### On Appeal from the 255th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-09-7655

## ORDER

Before the Court is appellant's April 7, 2014 motion for substantial briefing compliance relief with respect to his amended brief. The Court filed appellant's amended brief on April 7, 2014. Accordingly, we **DENY** appellant's motion as moot.

Appellee's brief is due May 7, 2014.

/s/     ADA BROWN
       JUSTICE